Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue
Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorney for Plaintiff Annisa J. Kubesh*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ANNISA J. KUBESH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC. )<br>)<br>Defendant. )<br>) | **Civil Action No.**<br><br>**13-cv-01851-GW-JPR**<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** Plaintiff Annisa J. Kubesh and Defendant Experian Information Solutions, Inc. (collectively "Parties") by and through their counsel of record have reached a settlement to resolve their claims.  The Parties are in the process of finalizing the settlement and anticipate filing a Stipulation of Dismissal within the next 30 days.  In consideration of the parties' settlement, the parties respectfully request that the Court suspend all remaining proceedings.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Date:  June 13, 2014                    **TATAR LAW FIRM, APC**

                              BY:    */s/ Stephanie R. Tatar*
                                     Stephanie R. Tatar
                                     3500 West Olive Avenue
                                     Suite 300
                                     Burbank, California 91505